IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN M. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-225 *** |
| | ) |
| COMMISSIONER CARL DANBERG, FIRST CORRECTIONAL MEDICAL SERVICES, DR. ROGERS, WARDEN THOMAS CARROLL, CAPT. C. SEGARS, UNKNOWN NAMED CORRECTIONAL OFFICERS ASSIGNED BUILDING 19, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this __3__ day of __May__, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

Honorable Mary Pat Thynge
U.S. Magistrate Judge

FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE