IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN M. JOHNSON, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-225-JJF |
| COMMISSIONER CARL DANBERG, FIRST CORRECTIONAL MEDICAL SERVICES, DR. ROGERS, WARDEN THOMAS CARROLL, CAPT. C. SEGARS, and UNKNOWN NAMED CORRECTIONAL OFFICERS ASSIGNED BUILDING 19, | : |
| Defendants. | : |

## ORDER

NOW THEREFORE, at Wilmington this 3 day of July, 2007, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B). Amendment of the complaint would be futile. See Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

*[signature]*
UNITED STATES DISTRICT JUDGE