In The United States District Court

For The District of Delaware

Helen M. Johnson,

    Plaintiff,

v.

Commissioner Carl Danberg, et. al.,

    Defendants

Civ. Action No. 07-225-JFF

FILED
AUG - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

<u>Notice of Appeal</u>

Notice is hereby given that Helen M. Johnson, plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on 3rd day of July, 2007

Helen M. Johnson
112 Parma Avenue
Overview Gardens
New Castle, DE 19720

Dated: July 30, 2007

I/M M. Johnson
SBI# 082430 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
31 JUL 2007 PM 1 L

Clerk of The Court
U.S. District Court
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE 19801